858 A.2d 75

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Aaron JONES, Appellant.**

**No. 423 CAP.**

Supreme Court of Pennsylvania.

Sept. 21, 2004.

Stuart Brian Lev, Esq., Stephen L. Marley, III, Esq., Victor J. Abreu Jr., Esq. for Aaron Jones.

Hugh J. Burns, Esq., Amy Zapp, Esq., Philadelphia, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, and BAER, JJ.

## ORDER

PER CURIAM.

AND NOW, this 21st day of September, 2004, the order of the common pleas court is AFFIRMED. *See Commonwealth v. Robinson*, 575 Pa. 500, 837 A.2d 1157 (2003).